

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/10/2024 02:00 PM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:24-bk-02191-GER**   11 | **05/01/2024** |

**Chapter 11**

**DEBTOR:**   Arc One Protective Services LLC

**DEBTOR ATTY:**   Cole Branson

**TRUSTEE:**   Aaron Cohen

**HEARING:**

Cont. Status Conference
1)   (cont) Debtor's Motion to Use Cash Collateral   (Doc #11)
(granted on a third interim basis (Doc #63)
2) Debtor's Motion to Determine Secured Status/Value of Flash Funding Services Inc. and to Strip Lien (UCC No. ending -8195) .
             Total Secured Amount Claimed: $ 71,772.75. (Doc #35) Amended (Doc #58)
3) Debtor's Motion to Determine Secured Status/Value of ODK Capital, LLC (UCC No. ending -2109) . Total Secured Amount
             Claimed: $ 0.00 (Doc #36) Amended (Doc #56)
4)   Debtor's Motion to Determine Secured Status/Value of Pearl Delta Funding, LLC and to Strip Lien (UCC No. ending -9236) .
             Total Secured Amount Claimed: $ 0.00 (Doc #37) Amended (Doc #57)
PRELIMINARY HEARING:
5)   Debtor's Motion for Turnover of Property - specifically: Accounts Receivables (Doc #65)
CONFIRMATION:
6)   Chapter 11 Plan (Doc #53)
Ballot Tabulation (Doc #76)
Confirmation Affidavit (Doc 377)
US Trustee Objection to Plan (Doc #75)
PENDING:
Application for Interim Compensation for Jeffrey Ainsworth, Debtor's Attorney, Fee: $15893.00, Expenses: $758.56, for the period
             of 5/1/2024 to 8/23/2024. For the period: May 1, 2024 through August 23, 2024 (Doc #73) filed 8/26/24
             w/NN
Interim Application for Compensation for Aaron R. Cohen, Trustee Chapter 11, Fee: $1,512.00, Expenses: $27.58. For the period:
             May 2, 2024 through August 16, 2024 (Doc #68) filed 8/16/24 w/NN
Note: 5/15/24; 6/18/24; 8/1/24
341 concluded:   6/3/24
Claims Deadline: 7/10/24
Sub V Plan Due: 7/30/24
Case Summary (Doc #10)
Pre-Status Conference Report (Doc #30)
MOR May 2024 (Doc #50); June 2024 (Doc #51)

Order (I) Scheduling Hearing on Confirmation of Plan (Doc #59)
Future Hearing:

**APPEARANCES:**:   Jeffrey Ainsworth, Cole Branson (Debtor Atty); Chance Ramos (Debtor Rep); Aaron Cohen (Sub V Trustee); Audrey Aleskovsky (US Trustee Atty);

**RULING:**
Cont. Status Conference -   cont. to November 14, 2024 at 10:30 am (AOCNFNG);

1)   (cont) Debtor's Motion to Use Cash Collateral     (Doc #11) Granted on a 4th interim (limited) basis as discussed in open court; cont. to November 14, 2024 at 10:30 am:Order by AINSWORTH;

2) Debtor's Motion to Determine Secured Status/Value of Flash Funding Services Inc. and to Strip Lien (UCC No. ending -8195) . Total Secured Amount Claimed: $ 71,772.75. (Doc #35) Amended ( Doc #58) - Granted:Order by AINSWORTH;

3) Debtor's Motion to Determine Secured Status/Value of ODK Capital, LLC (UCC No. ending -2109) . Total Secured Amount Claimed: $ 0.00 (Doc #36) Amended ( Doc #56) - Granted:Order by AINSWORTH;

4)   Debtor's Motion to Determine Secured Status/Value of Pearl Delta Funding, LLC and to Strip Lien (UCC No. ending -9236) . Total Secured Amount Claimed: $ 0.00 (Doc #37) Amended   (Doc #57) - Granted:Order by AINSWORTH;

PRELIMINARY HEARING:

5)   Debtor's Motion for Turnover of Property - specifically: Accounts Receivables   (Doc #65) - Under Advisement;

CONFIRMATION:    cont. to November 14, 2024 at 10:30 am (AOCNFNG);

6)   Chapter 11 Plan   (Doc #53) -   cont. to November 14, 2024 at 10:30 am (AOCNFNG);
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.