

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/11/2025 10:00 AM

COURTROOM 6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-02191-GER** | **11** | **05/01/2024** |

**Chapter 11**

**DEBTOR:** Arc One Protective Services LLC

**DEBTOR ATTY:** Cole Branson

**TRUSTEE:** Aaron Cohen

**HEARING:**

Cont. Status Conference/Confirmation
1) (cont) Debtor's Motion to Use Cash Collateral (Doc #11)
(granted on a 6th interim basis Doc #114)
CONFIRMATION
2) SECOND Amended Plan (Doc #112)
Ballot Tabulation (Doc #123)
Confirmation Affidavit (Doc #124)
3) Texas Workforce's Request for Payment of Administrative Expenses Amount Requested: $ 2,606.57 (Doc #85)
4) Debtor's Application for Supplemental Compensation for Jeffrey Ainsworth, Debtor's Attorney, Fee: $11671.00, Expenses:
$614.76, for the period of 8/24/2024 to 2/23/2025. For the period: August 24, 2024 to February 23, 2025
(Doc #118)
PENDING:
Trustee's Second Application for Interim Compensation for Aaron R. Cohen, Trustee Chapter 11, Fee: $1,165.50, Expenses:
$26.46, for the period of to. For the period: August 17, 2024 through February 21, 2025 (Doc #117) filed
2/21/25 w/NN
Note: 5/15/24; 6/18/24; 8/1/24; 9/10/24; 11/14/24; 1/14/25
Case Summary (Doc #10)
Pre-Status Conference Report (Doc #30)
MOR December 2024 (Doc #120); January 2025 (Doc #122)
Order (I) Scheduling Hearing on Confirmation (Doc #113)
Future Hearing: None

**APPEARANCES:**: Jeffrey Ainsworth, Cole Branson (Debtor Atty); Chance Ramos (Debtor Rep); Aaron Cohen (Sub V Trustee);
Audrey Aleskovsky (US Trustee Atty);

**EVIDENCE:** Debtor Exhibit #1 (confirmation affidavit (Doc #124)) - Admitted;

**RULING:**
Cont. Status Conference/Confirmation - cont. to Post Confirmation Status Conference May 13, 2025 at 10:30 am:include in

confirmation order:Order by AINSWORTH;

1)    (cont) Debtor's Motion to Use Cash Collateral     (Doc #11) - Granted on a final bais:Order by BRANSON/AINSWORTH;

CONFIRMATION

2)     SECOND Amended   Plan   (Doc #112) - Confirmed as discussed in open court (1191(a)):Order by BRANSON / AINSWORTH;

3)    Texas Workforce's Request for Payment of Administrative Expenses Amount Requested: $ 2,606.57    (Doc #85) - claim is allowed and provided for in projections:Order by CHAMBERS;

4)    Debtor's Application for Supplemental Compensation for Jeffrey Ainsworth, Debtor's Attorney, Fee: $11671.00, Expenses: $614.76, for the period of 8/24/2024 to 2/23/2025. For the period: August 24, 2024 to February 23, 2025    (Doc #118) - Approved:Order by BRANSON / AINSWORTH;

(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.