**ORDERED.**

Dated: April 08, 2025

_____
Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | Case No.: 6:24-bk-02191-GER |
| | Chapter 11 |
| **ARC ONE PROTECTIVE SERVICES LLC,** | Subchapter V |
| | EIN: 84-4606393 |
| Debtor. | |
| _____/ | |

**ORDER (1) CONFIRMING SECOND AMENDED PLAN OF REORGANIZATION SUBMITTED BY ARC ONE PROTECTIVE SERVICES LLC UNDER 11 U.S.C. § 1191(a), (2) SETTING DEADLINES, AND (3) SCHEDULING A POST-CONFIRMATION STATUS CONFERENCE**

THIS CASE came before the Court on March 11, 2025, at 10:00 a.m. (the "Hearing"), for hearing on the _Second Amended Plan of Reorganization Submitted by Arc One Protective Services LLC_ (the "Plan") (Doc. No. 112) filed by Debtor Arc One Protective Services LLC ("Debtor"). The Court finds that the Plan and Solicitation Package (Doc. No. 115) were transmitted to all creditors and interest holders, who were given timely notice of the Hearing and associated deadlines. At the Hearing, Debtor made oral modifications to the Plan: (1) to provide that payments to General Unsecured Creditors will be paid quarterly instead of annually; (2) to pay Class 3 Creditors that are scheduled or have filed a claim; and (3) to revise Debtor's projections to reflect this consensual confirmation by removing the Subchapter V Trustee fee and reallocate the proceeds to the General Unsecured Creditors (the "Revised Projections"). The Revised Projections

are attached hereto as **Exhibit A**. Based upon the evidence presented at the Hearing, as well as the oral modifications to the Plan described above, and for the reasons stated orally and recorded in open court, the Court finds that the requirements of confirmation as set forth in 11 U.S.C. § 1191(a) are satisfied. Accordingly, it is

      **ORDERED:**

1. The Plan (Doc. No. 112), as modified orally on the record and detailed herein, is **CONFIRMED** pursuant to 11 U.S.C. § 1191(a).

2. Debtor is granted a discharge under section 11 U.S.C. § 1141(d)(1)(A).

3. Debtor is authorized to execute all agreements and take all necessary actions to implement the Plan.

4. *Disbursing Agent.* Debtor is named as Disbursing Agent and must make all payments to holders of allowed claims as provided by the Plan.

5. *Deadline for Adversary Proceedings and Contested Matters.* Pursuant to Local Rule 3020-1(d), unless otherwise ordered by this Court, any adversary proceeding or contested matter contemplated by the Plan (including claim objections) shall be filed within sixty (60) days from the entry of this Order.

6. Pursuant to the Plan and in accordance with 11 U.S.C. § 1146, the issuance, transfer or exchange of securities pursuant to the Plan, or the transfer of, or creation of any lien on, any property of Debtor pursuant to the Plan or pursuant to an order of the Court, shall not be taxed under any law imposing a stamp tax, transfer tax, recordation tax, or similar tax.

7. If this case remains open more than ninety (90) days after entry of this Order, Debtor shall file a report that includes: (1) a statement of distribution by class, name of creditor,

date of distribution, and amount paid; (2) a statement of transfer of property; and (3) a statement of affirmation that Debtor has substantially complied with the provisions of the confirmed Plan.

8. ***Post-Confirmation Reporting.*** Debtor shall file with the Bankruptcy Court a financial report or statement of disbursements for each quarter (or portion thereof) that this chapter 11 case remains open, in a format prescribed by the United States Trustee. Debtor shall also attach to the quarterly report copies of all refinancing and/or sale closing documents for any property sold during the applicable period.

9. ***Schedule of Payments.*** A schedule of payments to be made pursuant to the Plan by class is attached hereto as **Exhibit B**. A schedule of pro rata payments to be made to Class 2 Creditors pursuant to the Plan is attached hereto as **Exhibit C**. A schedule of payments to be made to Class 3 Creditors pursuant to the Plan is attached hereto as **Exhibit D**.

10. ***Notice of Effective Date.*** Debtor shall file with the Court and serve on all creditors and interested parties notice of the Effective Date of the Plan within three (3) days of the occurrence of the Effective Date.

11. ***Notice of Substantial Consummation.*** Debtor shall file with the Court a Notice of Substantial Consummation of the Plan within fourteen (14) days after the Plan is substantially consummated.

12. ***Subchapter V Trustee's Final Report.*** Upon Debtor's filing of the Notice of Substantial Consummation, the Subchapter V Trustee shall file his final report and request for discharge from further trustee duties in accordance with 11 U.S.C. § 1183(c).

13. ***Final Decree.*** Unless extended by the Court, on or before the later of thirty (30) days after the granting of Debtor's discharge or disposition of all adversary proceedings and contested matters, Debtor's attorney shall file a motion for final decree.

14. The Court retains jurisdiction for any and all matters that may come before the Court in the administration of the Plan and pursuant to this Order, specifically including but not limited to, the jurisdiction to determine all objections to claims; to fix and award all compensation to parties; to hear and determine all questions concerning the assets or property of Debtor, including any questions relating to any sums of money, services, or property due to Debtor; and to determine all matters of any nature or type necessary or appropriate to carry out the Plan.

15. ***Post-Confirmation Status Conference.*** The Court shall conduct a post-confirmation status conference on **May 13, 2025 at 10:30 a.m.** in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, if the case is still pending.

# # #

Attorney for Debtor, Jeffrey S. Ainsworth, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

# Ex. A - Arc One Protective Services LLC

5 year projection

| GROSS RECEIPTS | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Sales | $ 246,871 | $ 256,158 | $ 274,089 | $ 272,089 | $ 274,089 | $ 1,323,295.96 |
| (Returns and Allowances) | $ - | | | | | $ - |
| Gross Sales | $ 239,400 | $ 256,158 | $ 274,089 | $ 272,089 | $ 274,089 | $ 1,315,825.00 |
| COST OF GOODS SOLD | | | | | | $ - |
| purchases | $ - | | | | | $ - |
| supplies | $ - | | | | | $ - |
| Total Cost of Goods Sold | $ - | $ - | $ - | | | $ - |
| Gross Profit | $ 239,400 | $ 256,158 | $ 274,089 | $ 272,089 | $ 274,089 | $ 1,315,825.00 |
| EXPENSES | | | | | | $ - |
| Payroll/officer comp | $ 134,743 | $ 154,998 | $ 167,653 | $ 170,448 | $ 185,653 | $ 813,495.00 |
| Rent | | | | $ 15,000 | $ 15,000 | $ 30,000.00 |
| Vehicle | | | | | $ 13,714 | $ 13,714.00 |
| storage | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 | $ 18,000.00 |
| Advertising | $ 7,200 | $ 7,200 | $ 7,200 | $ 9,200 | $ 13,200 | $ 44,000.00 |
| insurance | $ 18,000 | $ 24,000 | $ 24,720 | $ 25,462 | $ 26,225 | $ 118,407.05 |
| Sling App | $ 1,560 | $ 1,560 | $ 1,560 | $ 1,560 | $ 1,560 | $ 7,800.00 |
| phone | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 24,000.00 |
| Total Operating Expenses | $ 169,903 | $ 196,158 | $ 209,533 | $ 230,070 | $ 263,752 | $ 1,069,416.05 |
| Net Operating Income | $ 69,497 | $ 60,000 | $ 64,556 | $ 42,019 | $ 10,337 | $ 246,408.95 |
| Sub V Trustee | | | | | | $ - |
| Priority Wage | $ 14,056 | $ 14,056 | $ 14,056 | | | $ 42,167.79 |
| ODK | $ 1,600 | | | | | $ 1,600.00 |
| Priority Tax | $ 38,019 | $ 38,019 | $ 38,019 | $ 38,019 | $ 6,337 | $ 158,413.99 |
| General Unsecured | $ 3,491 | $ 3,491 | $ 3,491 | | | $ 10,473.99 |
| Administrative Claims | $ 11,918 | $ 4,846 | $ 8,989 | $ 4,000 | $ 4,000 | $ 33,753.00 |
| Total Debt Service | $ 69,085 | $ 60,413 | $ 64,556 | $ 42,019 | $ 10,337 | $ 246,408.77 |
| NET BUSINESS INCOME (LOSS) | $ 412 | $ (413) | $ 0 | $ 0 | $ 0 | $ 0.18 |

EXHIBIT "B"

ARC ONE PROTECTIVE SERVICES LLC
Case No: 6:24-bk-02191-GER

| # | Date | SUB V | | | BRANSONLAW ATTY | ODK Capital CLASS 1 | | GENERAL UNSECURED CLASS 2 | | PRIORITY WAGE CLAIMS CLASS 3 | | TEXAS ADMIN | | FL DOR PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | | | | | | | | | | | | | | |
| 1 | 4/15/2025 | $1,002.84 | 1 | at | $12,257.06 | 1,600.00 | | | | 1171.33 | | 220.76 | | $3,172.72 |
| 2 | 5/15/2025 | | | | | | | | | 1171.33 | | 220.76 | | $3,172.72 |
| 3 | 6/15/2025 | Final Fee | | | Final Fee | | | | | 1171.33 | | 220.76 | | $3,172.72 |
| 4 | 7/15/2025 | Application | | | Application | | | 872.83 | | 1171.33 | | 220.76 | | $3,172.72 |
| 5 | 8/15/2025 | to be filed | | | to be filed | | | | | 1171.33 | | 220.76 | | $3,172.72 |
| 6 | 9/15/2025 | | | | | | | | | 1171.33 | | 220.76 | | $3,172.72 |
| 7 | 10/15/2025 | | | | | | | 872.83 | | 1171.33 | | 220.76 | | $3,172.72 |
| 8 | 11/15/2025 | | | | | | | | | 1171.33 | | 220.76 | | $3,172.72 |
| 9 | 12/15/2025 | | | | | | | | | 1171.33 | | 220.76 | | $3,172.72 |
| 10 | 1/15/2026 | | | | | | | 872.83 | | 1171.33 | | 220.76 | | $3,172.72 |
| 11 | 2/15/2026 | | | | | | | | | 1171.33 | | 220.76 | | $3,172.72 |
| 12 | 3/15/2026 | | | | | | | | | 1171.33 | # | at | 220.76 | $3,172.72 |
| 13 | 4/15/2026 | | | | | | | 872.83 | | 1171.33 | | | | $3,172.72 |
| 14 | 5/15/2026 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 15 | 6/15/2026 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 16 | 7/15/2026 | | | | | | | 872.83 | | 1171.33 | | | | $3,172.72 |
| 17 | 8/15/2026 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 18 | 9/15/2026 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 19 | 10/15/2026 | | | | | | | 872.83 | | 1171.33 | | | | $3,172.72 |
| 20 | 11/15/2026 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 21 | 12/15/2026 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 22 | 1/15/2027 | | | | | | | 872.83 | | 1171.33 | | | | $3,172.72 |
| 23 | 2/15/2027 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 24 | 3/15/2027 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 25 | 4/15/2027 | | | | | | | 872.83 | | 1171.33 | | | | $3,172.72 |
| 26 | 5/15/2027 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 27 | 6/15/2027 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 28 | 7/15/2027 | | | | | | | 872.83 | | 1171.33 | | | | $3,172.72 |
| 29 | 8/15/2027 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 30 | 9/15/2027 | | | | | | 30 | at | | 1171.33 | | | | $3,172.72 |
| 31 | 10/15/2027 | | | | | | 1 | at | 872.83 | 1171.33 | | | | $3,172.72 |
| 32 | 11/15/2027 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 33 | 12/15/2027 | | | | | | 2 | at | | 1171.33 | | | | $3,172.72 |
| 34 | 1/15/2028 | | | | | | 1 | at | 872.83 | 1171.33 | | | | $3,172.72 |
| 35 | 2/15/2028 | | | | | | | | | 1171.33 | | | | $3,172.72 |
| 36 | 3/15/2028 | | | | | | 2 | at | | 1171.33 | | | | $3,172.72 |
| 37 | 4/15/2028 | | | | | | 1 | at | 872.87 | | | | | $3,172.72 |
| 38 | 5/15/2028 | | | | | | | | | | | | | $3,172.72 |
| 39 | 6/15/2028 | | | | | | | | | | | | | $3,172.72 |
| 40 | 7/15/2028 | | | | | | | | | | | | | $3,172.72 |
| 41 | 8/15/2028 | | | | | | | | | | | | | $3,172.72 |
| 42 | 9/15/2028 | | | | | | | | | | | | | $3,172.72 |
| 43 | 10/15/2028 | | | | | | | | | | | | | $3,172.72 |
| 44 | 11/15/2028 | | | | | | | | | | | | | $3,172.72 |
| 45 | 12/15/2028 | | | | | | | | | | | | | $3,172.72 |
| 46 | 1/15/2029 | | | | | | | | | | | | | $3,172.72 |
| 47 | 2/15/2029 | | | | | | | | | | | | | $3,172.72 |
| 48 | 3/15/2029 | | | | | | | | | | | | | $3,172.72 |
| 49 | 4/15/2029 | | | | | | | | | | | # | at | $3,172.72 |
| 50 | 5/15/2029 | | | | | | | | | | | | | |
| 51 | 6/15/2029 | | | | | | | | | | | | | |
| 52 | 7/15/2029 | | | | | | | | | | | | | |
| 53 | 4/15/2030 | | | | | | | | | | | | | |
| 54 | 5/15/2030 | | | | | | | | | | | | | |
| 55 | 6/15/2030 | | | | | | | | | | | | | |
| 56 | 7/15/2030 | | | | | | | | | | | | | |
| 57 | 8/15/2030 | | | | | | | | | | | | | |
| 58 | 9/15/2030 | | | | | | | | | | | | | |
| 59 | 10/15/2030 | | | | | | | | | | | | | |
| 60 | 11/15/2030 | | | | | | | | | | | | | |
| | | | | | $12,257.06 | | | $10,474.00 | | $42,167.79 | | $2,649.12 | | $155,463.28 |
| | | | | | | | | | | | | 2606.57 AT 3% | | |

EXHIBIT C

| Class 2 General Unsecured Creditors | Claim Amount | % of Debt | 12 Quarterly Payments starting 7/15/2025 |
|---|---|---|---|
| Antler International | $ 39,437.00 | 8.98% | $ 78.38 |
| Robert E. Menje, PLLC | $ 3,093.00 | 0.70% | $ 6.15 |
| Flash Funding Services Inc | $ 71,772.75 | 16.34% | $ 142.64 |
| Intuit Financing Inc. | $ 16,066.82 | 3.66% | $ 31.93 |
| JP Morgan Chase Bank, NA | $ 119,336.41 | 27.17% | $ 237.17 |
| ODK Capital LLC | $ 53,000.00 | 12.07% | $ 105.33 |
| IRS | $ 24,483.00 | 5.57% | $ 48.66 |
| First Citizens Bank & Trust Co | $ 22,022.10 | 5.01% | $ 43.77 |
| Quickbooks Line of Credit | $ 10,114.64 | 2.30% | $ 20.10 |
| Quickbooks Line of Credit | $ 5,722.31 | 1.30% | $ 11.37 |
| Regus Corporation | $ 12,464.56 | 2.84% | $ 24.77 |
| SnapStays, LLC | $ 13,157.83 | 3.00% | $ 26.15 |
| South Park LLC | $ 39,259.90 | 8.94% | $ 78.03 |
| Topping Kessler | $ 9,246.25 | 2.11% | $ 18.38 |
| **Total** | **$ 439,176.57** | **100.00%** | **$ 872.83** |

| Class 3 Priority Wage Claims | Claim Amount | 36 Monthly Payments | Claims or Scheduled |
|---|---|---|---|
| Melanie Villeneuve | $ 1,000.00 | $ 27.78 | Claim 7 |
| Alaa Al-Muslih | $ 1,840.46 | $ 51.12 | Scheduled |
| Bradley Panveno | $ 2,589.66 | $ 71.94 | Scheduled |
| Cade Johnson | $ 1,028.40 | $ 28.57 | Scheduled |
| David Gage | $ 2,120.00 | $ 58.89 | Scheduled |
| Dustin Daub | $ 255.60 | $ 7.10 | Scheduled |
| Dwayne Bennett | $ 478.50 | $ 13.29 | Scheduled |
| Felix Vega Mendez | $ 1,426.23 | $ 39.62 | Scheduled |
| Gilverto Pena | $ 2,553.00 | $ 70.92 | Scheduled |
| Hipolito Rosado | $ 1,513.25 | $ 42.03 | Scheduled |
| Jaime Cadet | $ 2,559.60 | $ 71.10 | Scheduled |
| Jeffrey Wallace | $ 2,514.75 | $ 69.85 | Scheduled |
| Jerry Barrow | $ 3,194.70 | $ 88.74 | Scheduled |
| Jonathan Gorder | $ 2,310.72 | $ 64.19 | Scheduled |
| Jose Mendieta | $ 1,200.00 | $ 33.33 | Scheduled |
| Justin Lukin | $ 1,120.00 | $ 31.11 | Scheduled |
| Kyle Dulitz | $ 3,606.00 | $ 100.17 | Scheduled |
| Lawrence Adams | $ 4,639.57 | $ 128.88 | Scheduled |
| Liliana Suarez Jimenez | $ 1,443.75 | $ 40.10 | Scheduled |
| Lisa Neumeister | $ 506.00 | $ 14.06 | Scheduled |
| Richard Rodriguez | $ 1,150.00 | $ 31.94 | Scheduled |
| Robert Neal | $ 840.00 | $ 23.33 | Scheduled |
| Terrell Sterling | $ 480.60 | $ 13.35 | Scheduled |
| Tyler Brake | $ 1,797.00 | $ 49.92 | Scheduled |
| **Total** | **$ 42,167.79** | **$ 1,171.33** | |