**ORDERED.**

Dated: January 20, 2026

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | Case No.: 6:24-bk-02191-GER |
| ) | Chapter 11, Subchapter V |
| Arc One Protective Services LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

THIS CASE came before the Court on January 15, 2026 at 10:00 a.m. for a post-confirmation status conference. The Court confirmed Debtor's[1] Plan[2] on March 11, 2025, and thereafter entered the Confirmation Order.[3] The Confirmation Order requires financial reporting on a quarterly basis. The Court has reviewed the docket and notes that no financial reports have been filed by Debtor since the period ending June 2025. Furthermore, the Plan has not been consummated. Based on Debtor's inability to consummate the Plan and failure to timely file financial reports, the Court finds that cause may exist to dismiss this case.[4] Accordingly, it is

---

[1] Debtor refers to Arc One Protective Services LLC.
[2] *Second Amended Plan of Reorganization Submitted by Arc One Protective Services LLC* (the "Plan") (Doc. No. 112).
[3] *Order (1) Confirming Second Amended Plan of Reorganization Submitted by Arc One Protective Services LLC Under 11 U.S.C. § 1191(a), (2) Setting Deadlines, and (3) Scheduling a Post-Confirmation Status Conference* (the "Confirmation Order") (Doc. No. 137).
[4] *See* 11 U.S.C. § 1112(b)(4).

**ORDERED** that Debtor shall appear before the Court at **10:30 a.m. on February 12, 2026**, at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801, to show cause why this case should not be dismissed.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.