**ORDERED.**

**Dated: February 13, 2026**

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | Case No.: 6:24-bk-02191-GER |
| ) | Chapter 11, Subchapter V |
| Arc One Protective Services LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER DISMISSING CASE

THIS CASE came before the Court on February 12, 2026 at 10:30 a.m. upon the _Order to Show Cause Why Case Should Not Be Dismissed_ (the "Order to Show Cause") (Doc. No. 149). The Court confirmed Debtor's[1] Plan[2] on March 11, 2025, and thereafter entered the Confirmation Order.[3] The Confirmation Order requires financial reporting on a quarterly basis. The Court has reviewed the docket and notes that no financial reports have been filed by Debtor since the period ending June 2025. Furthermore, the Plan has not been consummated. Based on Debtor's inability to consummate the Plan and failure to timely file financial reports, the Court finds that cause exists to dismiss this case.[4]

---

[1] "Debtor" refers to Arc One Protective Services LLC.
[2] _Second Amended Plan of Reorganization Submitted by Arc One Protective Services LLC_ (the "Plan") (Doc. No. 112).
[3] _Order (1) Confirming Second Amended Plan of Reorganization Submitted by Arc One Protective Services LLC Under 11 U.S.C. § 1191(a), (2) Setting Deadlines, and (3) Scheduling a Post-Confirmation Status Conference_ (the "Confirmation Order") (Doc. No. 137).
[4] _See_ 11 U.S.C. § 1112(b)(4).

Accordingly, it is **ORDERED:**

1. This case is dismissed without prejudice.

2. The Court reserves jurisdiction to consider applications for compensation by estate professionals.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.