UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                    CASE NO.: 6:24-bk-02191-GER
                                                         Chapter 11

ARC ONE PROTECTIVE SERVICES LLC,

        Debtor.

_____

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Aaron R. Cohen, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $2,731.54. The case was dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on September 12, 2024, the Court ordered compensation of $1,539.58 be awarded to the trustee, and on March 11, 2025, the Court ordered compensation of $1,191.96 be awarded to the trustee. These funds were received from the Debtors on November 22, 2024 and May 27, 2025. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

        Date: March 16, 2026.

                                                         /s/ Aaron R. Cohen
                                                         _____
                                                         Aaron R. Cohen
                                                         P.O. Box 4218
                                                         Jacksonville, Florida 32201
                                                         Tel: 904-389-7277
                                                         FL Bar #558230
                                                         aaron@arcohenlaw.com
                                                         Subchapter V Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.